**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

HAROLD FLORAN,                          :
                                        :
        **Plaintiff,**                :
                                        :       **Case No. 7:24-cv-00077-WLS-TQL**
    v.                            :
                                        :
IRWIN COUNTY DETENTION                  :
CENTER,                                 :
                                        :       **Proceedings Before the**
        **Defendant.**               :       **U. S. Magistrate Judge**
                                        :

_____

## ORDER TO SHOW CAUSE

*Pro se* Plaintiff Harold Floran, an inmate confined at Irwin County Detention Center in Ocilla, Georgia filed a civil rights complaint.  ECF No. 1.  On March 27, 2025, the Court ordered Plaintiff to recast his complaint and provided instructions on how to do so.  ECF No. 11.  Plaintiff was given fourteen (14) days to comply with the Court's Order.  *Id.* Plaintiff has not responded.  Plaintiff is, therefore, **ORDERED** to **SHOW CAUSE** to the Court, **WITHIN FOURTEEN (14) DAYS** from the date of this Order, why this case should not be dismissed for failure to comply with the Court's Order.  Should Plaintiff fail to respond or otherwise submit a recast complaint as previously instructed, this action can be dismissed without prejudice.

So **ORDERED**, this 28th day of April, 2025.

                                **s/ ALFREDA L. SHEPPARD**
                                United States Magistrate Judge