IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| HAROLD FLORAN, | * |
| Plaintiff, | * |
| v. | Case No. 7:24-cv-77 (WLS-ALS) |
| | * |
| IRWIN COUNTY DETENTION CENTER, | |
| | * |
| Defendant. | |
| _____ | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated May 20, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 20th day of May, 2025.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk